THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. ROBERT WERBLOW and Others, Appellants.— Order denying defendants' motion to separately state and number the causes of action commingled in the complaint reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; plaintiff to have ten days from the entry of the order herein in which to serve a further amended complaint. The complaint contains a cause of action for fraud as of November 4, 1929. It also contains a second cause of action founded upon an agreement claimed to have been made on March 1, 1930, and breached in March of 1931, with respect to the redelivery by the defendants to the plaintiff of a block of Polygraphic stock. The proof under these two causes of action necessarily would differ with respect to liability and damage. A recovery or a failure to recover with respect to the fraud count would not bar recourse to the other contract count, and vice versa. (Carlson v. Albert, 117 App. Div. 836 [2d Dept.]; Raftery v. Carter, 162 id. 17.) Young, Kapper, Carswell, Scudder and Davis, JJ., concur.

RUSSELL CLARK, Respondent, v. ANNA COHN, Appellant, and NEW YORK EVENING POST, INC., Defendant.— Order of the County Court of Nassau county, as resettled, reversed on the law and the facts, without costs, and the matter remitted to that court to take proof as to appellant's financial ability to comply with the order herein, made by the County Court on the 12th day of June, 1930, which order directs her to complete her purchase. We are of opinion that in view of appellant's uncontradicted statement that she is not financially able to complete the purchase, this issue should be determined upon oral proof. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

DAVID COOK, an Infant, by JULIA COOK, His Guardian ad Litem, Appellant, v. COLDAK CORPORATION, Respondent. JULIA COOK, Appellant, v. COLDAK CORPORATION, Respondent. FRANK ZAKREWSKY, an Infant, by MARY ZAKREWSKY, His Guardian ad Litem, Amended to Read FRANK FARRELL, Appellant, v. COLDAK CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ALEX W. CREEDON, as Receiver for THE HARTFORD DROP FORGE COMPANY, Respondent, v. CONDOR MANUFACTURING CO., INC., and ADELAIDE V. WALSH, Appellants.— Order granting plaintiff a preference reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The plaintiff receiver, appointed by a court of a foreign State, is not such a receiver as is entitled to a preference under section 138, subdivision 7, of the Civil Practice Act. (Hough v. Canfield, 54 App. Div. 510: Daly v. Wood, 29 Misc. 105.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

EMILY EHRENBERG, Respondent, v. CORNELIUS VANDERBILT CONTRACTING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.